UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

Eastern District of Kentucky
**F I L E D**

*Filed Electronically*

JAN 1 8 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| LINDA TUCKER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 5:16-CV-00378-JMH |
| FIRST RESOLUTION INVESTMENT ) | |
| CORP., UNIFUND CCR, LLC, ) | |
| and ) | **JOINT STIPULATION OF DISMISSAL** |
| UNIFUND CCR PARTNERS, ) | **WITH PREJUDICE** |
| ) | |
| Defendants ) | |
| ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Linda Tucker and Defendants First Resolution Investment Corp., Unifund CCR, LLC and Unifund CCR Partners (collectively, "Defendants") hereby jointly request that this Court dismiss Plaintiff's claims against Defendants with prejudice. The parties shall bear their own costs and fees.

Dated: January 17, 2017

/s/ James H. Lawson (w/ permission)
James H. Lawson, Esq.
LAWSON AT LAW, PLLC
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*

Dated: January 17, 2017

/s/ Joseph N. Tucker
Joseph N. Tucker, Esq.
R. Brooks Herrick, Esq.
DINSMORE & SHOHL LLP
101 S. Fifth St., Suite 2500
Louisville, KY 40202
Ph: (502) 540-2300
Fax: (502) 585-2207
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendant Unifund CCR Partners*

SO ORDERED.
This the 18th day of January, 2017.

Joseph M. Hood
United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing has been filed this 17th day of January, 2017, using the Court's ECF system to the following.

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
james@kyconsumerlaw.com

                                              /s/ Joseph N. Tucker
                                              *Counsel for Defendant*

10929787v1